MONCLOVA, DEMANDANTE, APELANTE Y APELADO, *v.* REXACH, DEMANDADO, APELADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Arecibo en pleito sobre nulidad de expediente posesorio y su inscripción en el registro.

Nos. 1479 y 1481.—Resuelto en julio 10, 1916.

NULIDAD DE EXPEDIENTE POSESORIO—EXPEDIENTE POSESORIO—DOMINIO—PRESCRIPCIÓN—DESCRIPCIÓN DE LA FINCA.—No es bastante alegación del dominio en una acción sobre nulidad de expediente posesorio y su inscripción en el registro expresar que porque el demandante posee una casa en la finca en cuestión cree tener un título por prescripción, sin alegar la naturaleza de la prescripción, ni describir la finca suficientemente.

DEMANDA—ALEGACIONES—RELACIÓN CON OTROS PLEITOS.—Una demanda debe basarse en los méritos de sus propias alegaciones y no en su relación con otros pleitos.

HONORARIOS DE ABOGADO — CUANTÍA LITIGIOSA — CORTE DE DISTRITO — HECHO CIERTO.—No debe concederse honorarios de abogado cuando no consta la cuantía de la materia litigiosa, ni que ésta exceda de quinientos dólares, aun cuando la acción se entable en una corte de distrito. Antes de que una corte tenga derecho a conceder honorarios de abogado debe aparecer como un hecho cierto que la suma envuelta excede de quinientos dólares.

Los hechos están expresados en la opinión.

Abogado del demandante: *Sr. Luis Freyre Barbosa.*

Abogado del demandado: *Sr. Juan Hernández López.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Ambas partes en la sentencia dictada en este caso han interpuesto apelación. La apelación del demandante tiene el número 1479, y la del demandado el número 1481. No podemos convenir con el demandante y apelante en que es suficiente alegación del dominio en una acción sobre nulidad de expediente posesorio y su inscripción en el registro, decir que porque tiene una casa en la finca en cuestión creía y cree que tiene un título por prescripción. No fué alegada la naturaleza de la prescripción, ni se describió la finca suficientemente y creemos que la corte inferior estuvo justificada en declarar con lugar la excepción previa presentada a la de-

manda.   La demanda debe basarse en los méritos de sus propias alegaciones y no en su relación con otros pleitos. No vemos razón alguna para que sea modificada la sentencia en tanto era adversa al demandante.

La corte al dictar sentencia concedió costas, pero no honorarios de abogado, porque no constaba cuál era la cuantía de la materia litigiosa ni que ésta excedía de quinientos dólares.   No creemos que se demostró que la suma envuelta excedía de quinientos dólares y no importa que la acción hubiera sido establecida en la corte de distrito.   El mero establecimiento de una acción no demuestra que la suma en controversia estaba comprendida dentro de la jurisdicción de la corte, o sea, que era mayor de quinientos dólares.   Antes de que la corte tenga derecho a conceder honorarios debe aparecer como un hecho cierto, que la suma envuelta es mayor de quinientos dólares.   Pero no estamos convencidos de que hubo tal temeridad por parte del demandante que justifique la concesión de honorarios.   La sentencia apelada también debe ser confirmada en cuanto a este particular.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.